IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 01-C-0054<br>) |
| DONALD O. DENMAN, | )<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| DONALD C. STEVENS, | )<br>) |
| Garnishee Defendant. | )<br>) |

### ORDER TERMINATING GARNISHMENT

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant paying his debt in full,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this _1st_ day of _March_, 2010.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
United States District Judge